## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUART A. McKEEVER,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 13-cv-00024 (JEB) |

## NOTICE OF RELATED CASES

Defendant Central Intelligence Agency (CIA) notifies the Court, pursuant to Local Federal Rule of Civil Procedure 40.5, that the above-captioned Freedom of Information Act (FOIA) case is related to a miscellaneous case seeking the release of grand jury testimony and records, which is pending before Chief Judge Royce C. Lamberth entitled McKeever v. Holder, 1:13-mc-00054.

### I.  BACKGROUND

On January 8, 2013, Petitioner Stuart A. McKeever, appearing *pro se*, instituted this FOIA case by filing a Complaint against the CIA.  (Dkt. No. 1).  The case was assigned to the Honorable James E. Boasberg.  Ten days later, on January 18, 2013, Petitioner McKeever, again appearing *pro se*, instituted a miscellaneous case styled as a motion for the release of grand jury testimony and records pursuant to Federal Rule of Criminal Procedure 6(e)(3)(c)(i).  (McKeever v. Holder, 1:13-mc-00054, Dkt. No. 1).  This miscellaneous case was assigned to Chief Judge Royce C. Lamberth.  The grand jury proceedings relate to the criminal case of United States versus John Joseph Frank a/k/a John Kane, No. 493-57, an individual that Plaintiff alleges in his

FOIA Complaint was involved in the events that form the basis of his request for production of documents pursuant to FOIA.  (Dkt. No. 1, ¶¶ 8-12).

On February 8, 2013, Defendant CIA informed this Court, in the context of an unopposed extension motion, that the FOIA action may be related to the miscellaneous case in which grand jury materials were sought.  (Dkt. No. 5).  Subsequently, on February 27, 2013, Defendant Eric Holder in the miscellaneous case informed Chief Judge Lamberth, in the context of an extension motion, that the two cases also may be related.  (McKeever v. Holder, 1:13-mc-00054, Dkt. No. 4).  In his response to Defendant Holder's motion, Plaintiff McKeever noted that he would "abide by any ruling declaring the FOIA case against the CIA and this Miscellaneous Proceeding 'related' pursuant to the Local Rules of this court, but, in advance thereof, Plaintiff reserve[d] the right to oppose Defendant's position, if asserted, that there are similar issues of law in both matters."  (McKeever v. Holder, 1:13-mc-00054, Dkt. No. 5, at 3).

## II.  DEFENDANT CIA'S POSITION ON CASE REASSIGNMENT

Local Federal Rule of Civil Procedure 40.5(b)(2) provides as follows:

> Whenever an attorney for a party in a civil, including miscellaneous, or criminal action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

Fed. R. Civ. P., L.R. 40.5(b)(2).  This FOIA case and the subsequently filed miscellaneous case seeking the release of grand jury materials appear to be related, for purposes of Local Rule 40.5, because the two cases were filed by the same *pro se* litigant.  See Fed. R. Civ. P., L.R. 40.5(a)(3) ("[A] case filed by a *pro se* litigant with a prior case pending shall be deemed related . . . .").

Local Rule 40.5(a)(3) requires that the two cases be "assigned to the judge having the earliest case."  Here, the earliest filed case is the FOIA action.  Such a reassignment, though,

would appear to be in conflict with another local rule.  Local Rule 40.7 provides that the duties

of the Chief Judge "shall" include "empanel[ing] the grand jury and hear[ing] and determin[ing]

*all matters relating to proceedings before the grand jury*."  Fed. R. Civ. P., L.R. 40.7 (emphasis

added).  Here, Chief Judge Lamberth has been assigned the subsequently filed matter relating to

grand jury proceedings.

      Given the apparent conflict in the local rules with regard to which judge should handle

these ostensibly related (for purposes of Local Rule 40.5) cases, Defendant CIA notifies the

Court that it has no objection to the two cases being handled separately before the judges to

whom they are currently assigned.

Date: April 12, 2013

                                                          Respectfully submitted,

                                                           STUART F. DELERY
                                                           Acting Assistant Attorney General

                                                           ELIZABETH J. SHAPIRO
                                                           Deputy Branch Director

                                                           /s/ Rodney Patton
                                                           RODNEY PATTON
                                                           Trial Attorney
                                                           Federal Programs Branch
                                                           Civil Division
                                                           United States Department of Justice
                                                         20 Massachusetts Ave., N.W., Room 7320
                                                           Washington, D.C. 20530
                                                           Tel:  (202) 305 7919
                                                           rodney.patton@usdoj.gov
                                                           Counsel for Defendant

**PROOF OF SERVICE**

I, Rodney Patton, counsel for Defendant Central Intelligence Agency, certify that a true and correct copy of the foregoing was sent via electronic mail and via First-class mail, postage prepaid, on this 12th day of April, 2013 to the *pro se* Plaintiff, at the following address:

> 3019 Marsh Haven
> Johns Island, SC 29455

The undersigned also certifies that a true and correct copy of the foregoing was sent via electronic mail, on this 12th day of April, 2013, to Mona Sahaf, counsel for Eric Holder in the miscellaneous case, 1:13-mc-00054.

> */s/ Rodney Patton*_____
> RODNEY PATTON
> Trial Attorney
> Federal Programs Branch, Civil Division
> United States Department of Justice
> 20 Massachusetts Avenue, N.W., Rm. 7320
> Washington, D.C. 20530
> Tel: (202) 305 7919
> Fax: (202) 305 2685
> Email: rodney.patton@usdoj.gov
> Attorney for Defendant CIA